## PARKER SEAL CO. v. CUMMINS

No. 75–478.  Argued October 12, 1976—Decided November 2, 1976

*Leonard H. Becker* argued the cause for petitioner.  With him on the briefs was *Paul S. Ryerson.*

*Thomas L. Hogan* argued the cause for respondent.  With him on the briefs was *James C. Hickey.*

*Deputy Solicitor General Wallace* argued the cause for the United States et al. as *amici curiae* urging affirmance.  With him on the brief were *Solicitor General Bork, Assistant Attorney General Pottinger, Mark L. Evans, Brian K. Landsberg, Dennis J. Dimsey, Abner W. Sibal, Joseph T. Eddins, Beatrice Rosenberg,* and *Gerald D. Letwin.**

PER CURIAM.

The judgment is affirmed by an equally divided Court.▌

MR. JUSTICE STEVENS took no part in the consideration or decision of this case.

---

*Briefs of *amici curiae* urging reversal were filed by *John O'B. Clarke, Jr., William G. Mahoney,* and *Plato E. Papps* for the International Association of Machinists and Aerospace Workers, and by *Dick H. Woods* and *George E. Feldmiller* for Trans World Airlines, Inc.

Briefs of *amici curiae* urging affirmance were filed by *Warren L. Johns, Philip B. Kurland,* and *Alan L. Unikel* for the Seventh-Day Adventist Church; by *James W. Respess* for the Americans United for Separation of Church and State; by *Nathan Lewin, Dennis Rapps,* and *Howard I. Rhine* for the National Jewish Commission on Law and Public Affairs; and by *Leo Pfeffer* for the Synagogue Council of America et al.